SADIE C. SEELEY

*vs.*

CUMBERLAND COUNTY POWER & LIGHT COMPANY.

Cumberland County. Decided July 14, 1918. In this action to recover damages for personal injuries sustained on March 27, 1915, the plaintiff obtained a verdict for $927.

After careful consideration of the case it is the opinion of a majority of the court that the verdict is not so clearly wrong, either on the question of the defendant's liability or on the amount of damages, as to require the intervention of the Law Court. The entry will therefore be: Motion overruled. *John B. Kehoe,* for plaintiff. *Bradley & Linnell,* for defendant.